IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR372 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE BANUELOS-VALDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 23 be stricken from the record for the following reason:

- Incorrect Defendant listed on PDF document.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 23 from the record.

DATED this 8th day of February, 2006.

BY THE COURT:


s/ Laurie Smith Camp
United States District Judge