# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR372 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOSE BAÑUELOS VALDEZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Julie B. Hansen and the Office of the Federal Public Defender to withdraw as CJA court-appointed counsel for the defendant, Jose Bañuelos Valdez (Valdez) (Filing No. 27). Since retained counsel, Carlos A. Monzon, has entered an appearance for Valdez (Filing No. 24), Ms. Hansen's motion to withdraw (Filing No. 27) is granted.

Ms. Hansen shall forthwith provide Mr. Monzon with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Valdez's defense.

**IT IS SO ORDERED.**

DATED this 9th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge